

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CAMPAGNA, ET AL | CIVIL ACTION |
| VERSUS | NO: 00-0270 |
| BEDELL, ET AL | SECTION: "S" (2) |

ORDER

**IT IS HEREBY ORDERED** that Mardi Gras Casino's Motion to Dismiss (Document #9) be continued to March 15, 2000.

New Orleans, Louisiana, this 9th day of February, 2000.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY  FEB 0 9 2000

Fee_____
Process____
X  Dktd____
___CtRmDep
___Doc.No._11_