

FILED
U.S. DISTRICT COURT

2000 FEB 10 A 10:06

LORETTA G. WHYTE

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| 99-2555 | SCANLAN, ET AL V. BEDELL, ET AL |
| 99-2557 | BORNE V. BEDELL, ET AL |
| 99-2558 | HOTARD, ET AL V. BEDELL, ET AL |
| 99-2559 | GAUFF, ET AL V. BEDELL, ET AL |
| 99-2560 | REMONDET, ET AL V. BEDELL, ET AL |
| 99-2561 | LABRANCHE, ET AL V. BEDELL, ET AL |
| 99-2562 | TORRES, ET AL V. BEDELL, ET AL |
| 99-2612 | ZORICK V. CUSTOM BUS, ET AL |
| 99-2613 | PONVILLE, ET AL V. BEDELL, ET AL |
| 99-2615 | TASSIN, ET AL V. BEDELL, ET AL |
| 99-2666 | GEORGE, ET AL V. CUSTOM BUS, ET AL |
| 99-2668 | GEORGE V. CUSTOM BUS, ET AL |
| 99-2772 | WILLIAMS, ET AL V. CUSTOM BUS, ET AL |
| 99-3227 | RICHARD, ET AL V. CUSTOM BUS, ET AL |
| 00-0270 | CAMPAGNA, ET AL V. BEDELL, ET AL |

### ORDER

**IT IS HEREBY ORDERED** that a status conference in the captioned cases be held at 8:45 a.m. on February 24, 2000 in the chambers of Judge Terri Love, Division I, Civil District Court, 315 Civil Courts Building, 421 Loyola Avenue, New Orleans, Louisiana, for the purpose of coordinating the cases pending in state and federal courts, and to enter into case management and

1

DATE OF ENTRY FEB 10 2000


Fee
Process
X Dktd
CtRmDep
Doc.No.

scheduling orders.

**IT IS FURTHER ORDERED** that counsel provide proposed case management and scheduling orders to this court by February 18, 2000.

The attorneys are instructed to come to the conference prepared to nominate lead counsel for plaintiffs and defendants, and to discuss the appointment of a special master to handle discovery disputes in both state and federal court.

New Orleans, Louisiana this 10th day of February, 2000.

*[signature]*
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE