LAW OFFICES

# CHAFFE, McCALL, PHILLIPS, TOLER & SARPY, L.L.P.

2300 ENERGY CENTRE
1100 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70163-2300

(504) 585-7000
FAX (504) 585-7075
www.chaffe.com

202 TWO UNITED PLAZA
8550 UNITED PLAZA BLVD
BATON ROUGE, LOUISIANA 70809
(225) 922-4300
FAX (225) 922-4304

EDIFICIO EXA
PISO 10, OFIC PH-10
AVENIDA VENEZUELA ENTRE
CALLES EL RETIRO Y ALAMEDA
EL ROSAL
CARACAS, VENEZUELA
(011) (582) 952-2605
FAX (011) (582) 953-6518

W. Anthony Toups, III

Direct Dial No. (504) 585-7257
Direct Fax No. (504) 544-6096
toups@chaffe.com

RECEIVED FEB 14 2000
U. S. DISTRICT JUDGE
MARY ANN VIAL LEMMON

February 14, 2000

**BY HAND DELIVERY**
The Honorable Mary Ann Vial Lemmon
United States District Court
Eastern District of Louisiana
Section "S"
500 Camp Street
New Orleans, Louisiana 70130

Re:  99-2555 Scanlan, et al v. Bedell, et al
     99-2557 Borne v. Bedell, et al
     99-2558 Hotard, et al v. Bedell, et al
     99-2559 Gauff, et al v. Bedell, et al
     99-2560 Remondet, et al v. Bedell, et al
     99-2561 LaBranche, et al v. Bedell, et al
     99-2562 Torres, et al v. Bedell, et al
     99-2612 Zorick v. Custom Bus, et al
     99-2613 Ponville, et al v. Bedell, et al
     99-2615 Tassin, et al v. Bedell, et al
     99-2666 George, et al v. Custom Bus, et al
     99-2668 George v. Custom Bus, et al
     99-2772 Williams, et al v. Custom Bus, et al
     99-3227 Richard, et al v. Custom Bus, et al
     00-0270 Campagna, et al v. Bedell, et al
     Our Ref. No. 11869/18062

Dear Judge Lemmon:

We write as counsel for Motor Coach Industries, Inc., the sole federal court defendant who is not also a party to any of the litigation remaining in state court. We have received your order of February 10, 2000, concerning the joint status conference to be held on February 24 in Civil District Court. We whole-heartedly endorse the Court's approach and agree that the state and federal cases should coordinate so as to avoid unnecessary duplication and expense. We do, however, have some concerns which we respectfully request that the Court hear in a status

452978_1   DATE OF ENTRY FEB 15 2000

February 14, 2000
Page 2

conference of the federal court litigants prior to the joint status conference. We request therefore, that the Court schedule a status conference in the federal court cases prior to February 24, 2000.

We appreciate your consideration.

Very truly yours,

W. Anthony Toups, III
- of -
CHAFFE, McCALL, PHILLIPS,
TOLER & SARPY, L.L.P.

WAT/agc

cc: Daniel E. Becnel, Jr., Esq. (Telefax No. (504) 536-6445)
Robert M. Becnel, Esq. (Telefax No. (504) 651-6104)
J. Robert Ates, Esq. (Telefax No. (504) 764-9686)
Charles B. Colvin, Esq. (Telefax No. 581-3310)
Gayle A. Reynolds, Esq. (Telefax No. 482-0495)
John Litchfield, Esq. (Telefax No. 561-8655)
Donald C. Massey, Esq. (Telefax No. 566-0210)
Michael G. Cordes, Esq. (Telefax No. 524-6891)
Jerry L. Saporito, Esq. (Telefax No. 529-5434)
Thomas J. Eppling, Esq. (Telefax No. 838-0043)
Kenneth C. Fonte, Esq. (Telefax No. 849-2615)
Raul R. Bencomo, Esq. (Telefax No. 529-2018)
Albert J. Nicaud, Esq. (Telefax No. 833-2843)

```
Denied.  The concerns you wish to express may be addressed at the joint
status conference, separate from uninvolved litigants, if necessary.
```

February 15, 2000

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

452978_1