

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MADELINE DEETERS CAMPAGNA           CIVIL ACTION
AND ALBERTA DEETERS BONNIN

VERSUS                               NO: 00-0270

FRANK BEDELL, ET AL.                 SECTION: "S" (2)


ORDER

**IT IS ORDERED** that the motions (Documents 9 & 14) of defendants Mardi Gras Casino Corp. and Royal Insurance Company to dismiss the action pursuant Federal Rule of Civil Procedure 12(b)(7) for failure to join an indispensable party under Federal Rule of Civil Procedure 19 are **DENIED**.

New Orleans, Louisiana, this __15th__ day of March, 2000.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
MAR 1 6 2000

___Fee_____
___Process____
X  Dktd    /9
___CtRmDep____
   Doc.No. /6