FILED

2000 APR 12

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| 99-2555 | SCANLAN, ET AL V. BEDELL, ET AL |
| 99-2557 | BORNE V. BEDELL, ET AL |
| 99-2558 | HOTARD, ET AL V. BEDELL, ET AL |
| 99-2559 | GAUFF, ET AL V. BEDELL, ET AL |
| 99-2560 | REMONDET, ET AL V. BEDELL, ET AL |
| 99-2561 | LABRANCHE, ET AL V. BEDELL, ET AL |
| 99-2562 | TORRES, ET AL V. BEDELL, ET AL |
| 99-2612 | ZORICK V. CUSTOM BUS, ET AL |
| 99-2613 | PONVILLE, ET AL V. BEDELL, ET AL |
| 99-2615 | TASSIN, ET AL V. BEDELL, ET AL |
| 99-2666 | GEORGE, ET AL V. CUSTOM BUS, ET AL |
| 99-2668 | GEORGE V. CUSTOM BUS, ET AL |
| 99-2772 | WILLIAMS, ET AL V. CUSTOM BUS, ET AL |
| 99-3227 | RICHARD, ET AL V. CUSTOM BUS, ET AL |
| 00-0270 | CAMPAGNA, ET AL V. BEDELL, ET AL |
| 00-0931 | BADEAUX V. CUSTOM BUS, ET AL |
| 00-0933 | TASSIN V. BEDELL, ET AL |

**ORDER**

At the request of liaison counsel,

**IT IS HEREBY ORDERED** that a status conference in the captioned cases be held at 11:00 a.m. on April 28, 2000.

New Orleans, Louisiana this 10th day of April 2000.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
APR 12 2000