FILED

2000 APR 27 P 3: 10

WHYTE

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| 99-2555 | SCANLAN V. BEDELL | 99-2557 | BORNE V. BEDELL |
| 99-2558 | HOTARD V. BEDELL | 99-2559 | GAUFF V. BEDELL |
| 99-2560 | REMONDET V. BEDELL | 99-2561 | LABRANCHE V. BEDELL |
| 99-2562 | TORRES V. BEDELL | 99-2612 | ZORICK V. CUSTOM BUS |
| 99-2613 | PONVILLE V. BEDELL | 99-2615 | TASSIN V. BEDELL |
| 99-2666 | GEORGE V. CUSTOM BUS | 99-2668 | GEORGE V. CUSTOM BUS |
| 99-2772 | WILLIAMS V. CUSTOM BUS | 99-3227 | RICHARD V. BEDELL |
| 00-0270 | CAMPAGNA V. BEDELL | 00-0931 | BADEAUX V. BEDELL |
| 00-0933 | ELMA TASSIN V. BEDELL | 00-1089 | AGEE V. BEDELL |
| 00-1090 | BRENNER V. RELIANCE INC. | 00-1091 | BRUCE V. CUSTOM BUS |
| 00-1092 | CAMBRE V. BEDELL | 00-1093 | GAUTHIER V. BEDELL |
| 00-1094 | GIBSON V. BEDELL | 00-1095 | GIBSON V. BEDELL |
| 00-1096 | GUIDRY V. BEDELL | 00-1097 | KELLER V. BEDELL |
| 00-1098 | MATHIEU, SR.V. BEDELL | 00-1099 | OCKMAN V. BEDELL |
| 00-1100 | VICTOR V. BEDELL | 00-1103 | ALEXANDER V. BEDELL |
| 00-1104 | BORDELON V. BEDELL | 00-1105 | GUERET V. BEDELL |
| 00-1106 | GUERET V. BEDELL | 00-1108 | TASSIN V. BEDELL |
| 00-1109 | TASSIN V. BEDELL | 00-1111 | TOWNSON V. BEDELL |
| 00-1112 | COOK V. BEDELL | | |

## ORDER

**IT IS HEREBY ORDERED** that the status conference set for

April 28, 2000 is hereby continued to May 3, 2000 at noon.

New Orleans, Louisiana this 27th day of April, 2000.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY

APR 2 8 2000

Fee_____
Process_____
X /Dktd   TG
CtRmDep_____
Doc.No.  20