

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| 99-2555 | SCANLAN V. BEDELL | 99-2557 | BORNE V. BEDELL |
| 99-2558 | HOTARD V. BEDELL | 99-2559 | GAUFF V. BEDELL |
| 99-2560 | REMONDET V. BEDELL | 99-2561 | LABRANCHE V. BEDELL |
| 99-2562 | TORRES V. BEDELL | 99-2612 | ZORICK V. CUSTOM BUS |
| 99-2613 | PONVILLE V. BEDELL | 99-2615 | TASSIN V. BEDELL |
| 99-2666 | GEORGE V. CUSTOM BUS | 99-2668 | GEORGE V. CUSTOM BUS |
| 99-2772 | WILLIAMS V. CUSTOM BUS | 99-3227 | RICHARD V. BEDELL |
| 00-0270 | CAMPAGNA V. BEDELL | 00-0931 | BADEAUX V. BEDELL |
| 00-0933 | ELMA TASSIN V. BEDELL | 00-1089 | AGEE V. BEDELL |
| 00-1090 | BRENNER V. RELIANCE INC. | 00-1091 | BRUCE V. CUSTOM BUS |
| 00-1092 | CAMBRE V. BEDELL | 00-1093 | GAUTHIER V. BEDELL |
| 00-1094 | GIBSON V. BEDELL | 00-1095 | GIBSON V. BEDELL |
| 00-1096 | GUIDRY V. BEDELL | 00-1097 | KELLER V. BEDELL |
| 00-1098 | MATHIEU, SR. V. BEDELL | 00-1099 | OCKMAN V. BEDELL |
| 00-1100 | VICTOR V. BEDELL | 00-1103 | ALEXANDER V. BEDELL |
| 00-1104 | BORDELON V. BEDELL | 00-1105 | GUERET V. BEDELL |
| 00-1106 | GUERET V. BEDELL | 00-1108 | TASSIN V. BEDELL |
| 00-1109 | TASSIN V. BEDELL | 00-1111 | TOWNSON V. BEDELL |
| 00-1112 | COOK V. BEDELL | 00-1264 | AGEE V. BEDELL |

**SECTION "S" (2)**

At the request of liaison counsel in these cases, a STATUS CONFERENCE is hereby set on **May 10, 2000 at 3:00 p.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 501 Magazine St., Hale Boggs Building, Room B409, New Orleans, Louisiana. Counsel are advised that I am assigned criminal duty on that date and the conference may be delayed or interrupted by other matters scheduled at that time.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
MAY 0 8 2000

