MINUTE ENTRY
MAY 9, 2000
LEMMON, J.



# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| 99-2555 | SCANLAN V. BEDELL | 99-2557 | BORNE V. BEDELL |
| 99-2558 | HOTARD V. BEDELL | 99-2559 | GAUFF V. BEDELL |
| 99-2560 | REMONDET V. BEDELL | 99-2561 | LABRANCHE V. BEDELL |
| 99-2562 | TORRES V. BEDELL | 99-2612 | ZORICK V. CUSTOM BUS |
| 99-2613 | PONVILLE V. BEDELL | 99-2615 | TASSIN V. BEDELL |
| 99-2666 | GEORGE V. CUSTOM BUS | 99-2668 | GEORGE V. CUSTOM BUS |
| 99-2772 | WILLIAMS V. CUSTOM BUS | 99-3227 | RICHARD V. BEDELL |
| 00-0270 | CAMPAGNA V. BEDELL | 00-0931 | BADEAUX V. BEDELL |
| 00-0933 | ELMA TASSIN V. BEDELL | 00-1089 | AGEE V. BEDELL |
| 00-1090 | BRENNER V. RELIANCE INC. | 00-1091 | BRUCE V. CUSTOM BUS |
| 00-1092 | CAMBRE V. BEDELL | 00-1093 | GAUTHIER V. BEDELL |
| 00-1094 | GIBSON V. BEDELL | 00-1095 | GIBSON V. BEDELL |
| 00-1096 | GUIDRY V. BEDELL | 00-1097 | KELLER V. BEDELL |
| 00-1098 | MATHIEU, SR. V. BEDELL | 00-1099 | OCKMAN V. BEDELL |
| 00-1100 | VICTOR V. BEDELL | 00-1103 | ALEXANDER V. BEDELL |
| 00-1104 | BORDELON V. BEDELL | 00-1105 | GUERET V. BEDELL |
| 00-1106 | GUERET V. BEDELL | 00-1108 | TASSIN V. BEDELL |
| 00-1109 | TASSIN V. BEDELL | 00-1111 | TOWNSON V. BEDELL |
| 00-1112 | COOK V. BEDELL | 00-1264 | AGEE V. BEDELL |

The above-referenced matters came before the Court for a status conference on May 3, 2000. During the conference, the parties indicated that they would be working on a proposed scheduling order, and would thereafter submit it to the Court for entry. J. Robert Ates, plaintiffs' liaison counsel, is responsible for taking the lead on this issue for the plaintiffs, and will work with E. John Litchfield and defendants' federal court liaison counsel, W. Anthony Toups, on behalf of the defendants. The parties are directed to submit a proposed scheduling order to the Court, along with a written explanation of any disagreements they may have over the terms of the proposed

DATE OF ENTRY
MAY 1 0 2000

Doc.No. 23

order, within thirty (30) days of the date of this minute entry.

The parties also stated that they were preparing a separate proposed order reflecting their agreement on a mediator for these matters. This order will also contain relevant mediation dates, and will be prepared in consultation with the parties' agreed mediator. Mr. Ates and Mr. Litchfield are responsible for taking the lead on preparing this order, and the parties are directed to submit a proposed order to the Court within thirty (30) days of the date of this minute entry.

The Court indicated it would contact Judge Jasmine and Judge Cusimano to discuss coordinating the progress of these federal court cases with the progress of the state court proceedings pending in St. John and Jefferson Parishes.

Finally, the Court hereby sets a status conference for June 14, 2000 at 10:00 a.m. to further monitor the progress of these cases.

Judge Mary Ann Vial Lemmon