FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT 18  PM 4: 38

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

c/w 00-270

| | |
|---|---|
| DEBORAH SCANLAN | CIVIL ACTION NO. 99-2555, CONSOLIDATED WITH OTHER CASES ARISING OUT OF THE BUS ACCIDENT OF MAY 8, 1999 |
| v. | |
| FRANK BEDELL, ET AL. | SECTION "S" (2) |

## ORDER AND REASONS

Plaintiffs have filed Motions to Sever and Remand applying to the following cases: 00-270, 00-931, 00-933, 00-1089, 00-1090, 00-1091, 00-1093, 00-1094, 00-1095, 00-1096, 00-1098, 00-1099, 00-1103, 00-1104, and 00-1264 (the motions bear document numbers 246, 249, 264, 265, 266, 271, 273, 275, 276, 286, 287, 293, 316, 345, and 349 in the consolidated case 99-2555) **IT IS HEREBY ORDERED** that these Motions to Sever and Remand are **GRANTED**. The claims asserted against the State of Louisiana in each of the referenced cases are **SEVERED** from the remaining claims, and the claims against the State of Louisiana are hereby **REMANDED**.

**IT IS FURTHER ORDERED** that the Motions to Dismiss filed by the State of Louisiana applying to cases 00-1099 and 00-0933 (bearing document numbers 338 and 344 in the

DATE OF ENTRY
OCT 1 9 2000

___Fee___
___Process___
X_ Dktd /G
✓_CtRmDep_
Doc.No. 25

consolidated case 99-2555) are **DENIED**.

New Orleans, La this ___18___ day of October, 2000.


_____
Mary Ann Vial Lemmon
United States District Judge