UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
APR 1 2 2001
2001 APR 12 PM 4:02
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| MADELINE DEETERS CAMPAGNA<br>AND ALBERTA DEETERS BONNIN<br><br>VERSUS<br><br><br>FRANK BEDELL, ET AL<br><br>************************************ | CIVIL ACTION<br>NO. 00-0270 c/w 99-2555<br><br><br>SECTION "S"<br>JUDGE MARY ANN VIAL LEMMON<br><br>MAGISTRATE (2)<br>MAG. JOSEPH C. WILKINSON, JR. |

### JOINT EX PARTE MOTION FOR PARTIAL DISMISSAL WITH PREJUDICE

**NOW INTO COURT,** through undersigned counsel, comes Reliance Insurance Company, and plaintiffs Madeline Deeters Campagna and Alberta Deeters Bonnin individually and on behalf of the Estate of Lorina Rogers, and pray that this honorable court dismiss the above captioned matter with prejudice as to RELIANCE INSURANCE COMPANY, with plaintiff reserving her rights as to all other parties.

Respectfully Submitted,

BERRIGAN, LITCHFIELD, SCHONEKAS
MANN, TRAINA AND THOMPSON, L.L.C.

_____
E. JOHN LITCHFIELD (8622)
JAMES J. BOLNER, JR. (21485)
400 POYDRAS STREET
SUITE 2000 - TEXACO CENTER
NEW ORLEANS, LA 70130
(504) 568-0541
Attorneys for Reliance Insurance Co.

_____
GAYLE A. REYNOLDS, (11200)
138 N. CORTEZ STREET
NEW ORLEANS, LA 70119
(504) 482-4821
Attorney for Plaintiffs

DATE OF ENTRY   APR 17 2001

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing pleading have been served, upon all counsel of record and unrepresented parties by depositing same in the United States Mail, postage prepaid, this ___12___, day of ___APRIL___, 2001.

_____
JAMES J. BOLNER, JR.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MADELINE DEETERS CAMPAGNA | * | CIVIL ACTION |
| AND ALBERTA DEETERS BONNIN | * | NO.: 00-0270 c/w 99-2555 |
| | * | |
| VERSUS | * | |
| | * | SECTION "S" |
| | * | JUDGE MARY ANN VIAL LEMMON |
| FRANK BEDELL, ET AL | * | |
| | * | MAGISTRATE (2) |
| ************************************** | | MAG. JOSEPH C. WILKINSON, JR. |

### ORDER OF PARTIAL DISMISSAL WITH PREJUDICE

**THIS MATTER,** having been brought before the court by way of joint ex parte motion, IT IS HEREBY ORDERED that the plaintiffs' claims against Reliance Insurance Company are dismissed with prejudice with each party to bear their own cost. All claims against all other parties shall remain pending before this court.

UNITED STATES DISTRICT COURT JUDGE